**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-01665-CMA-BNB

DOROTHY NORRIS, and
JASON NORRIS,

      Plaintiffs,

v.

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,

      Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

      THIS MATTER is before the Court on the Stipulation for Dismissal With Prejudice

of All Claims (Doc. # 29)  filed August 12, 2014.  The Court having considered the

Stipulation for Dismissal, hereby

      ORDERS that this action be dismissed with prejudice, each party to pay his, her

or its own costs and attorneys' fees.

      DATED: August 12, 2014.

                              BY THE COURT:

                              _____
                              CHRISTINE M. ARGUELLO
                              United States District Court Judge